DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KEITH TRIBBLE,**
Appellant,

v.

**FREDRICA GORDON,**
Appellee.

No. 4D2023-2756

[April 25, 2024]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Edward A. Garrison, Judge; L.T. Case No. 502023CC005279.

Keith Tribble, Royal Palm Beach, pro se.

Elisabeth J. Hagood of Hagood & Hagood, PLLC, Orlando, for appellee.

PER CURIAM.

*Affirmed.*

MAY, LEVINE and FORST, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***